IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARKAYLA FERNANDES, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MOUNT SAINT MARY COLLEGE,<br><br>　　　　　　Defendant. | Case No.  7:23-cv-02872-VB |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

　　Plaintiff Markayla Fernandes, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant Mount Saint Mary College without prejudice.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　 /s/   *Vicki J. Maniatis*
　　　　　　　　　　　　　　　　　　Vicki J. Maniatis, Esq.
　　　　　　　　　　　　　　　　　　**MILBERG COLEMAN BRYSON**
　　　　　　　　　　　　　　　　　　**PHILLIPS GROSSMAN PLLC**
　　　　　　　　　　　　　　　　　　100 Garden City Plaza, Suite 500
　　　　　　　　　　　　　　　　　　Garden City, New York 11530
　　　　　　　　　　　　　　　　　　Phone: (212) 594-5300
　　　　　　　　　　　　　　　　　　vmaniatis@milberg.com

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 24, 2023 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

  /s/  *Vicki J. Maniatis*
Vicki J. Maniatis, Esq.
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Phone: (212) 594-5300
vmaniatis@milberg.com

*Attorneys for Plaintiff and the Putative Class*